IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA
ex rel. DANNY MICHAEL RAY and
WILLIAM BERRY                                                                                    PLAINTIFFS

VS.                                         CASE NO. 09-CV-1016

AMERICAN FUEL CELL AND COATED
FABRICS COMPANY and
THE ZODIAC GROUP                                                                            DEFENDANTS

**ORDER**

    Before the Court is Motion for Withdraw of Counsel filed by Plaintiffs' attorney, Byron Walker. (ECF No. 72). Mr. Walker seeks to withdraw Ned A. Stewart as attorney of record for Plaintiffs. Mr. Stewart no longer practices law and requested that Mr. Walker prepare this motion on his behalf. Plaintiffs will continue to be represented by the remaining counsel of record.

    Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Ned A. Stewart, is hereby relieved as attorney of record for Plaintiffs. The Clerk is directed to remove Mr. Stewart from the CM/ECF notification system for this case.

    **IT IS SO ORDERED**, this 14th day of October, 2014.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge